IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY A. CURTIS, | : |
|     Plaintiff, | : |
| vs. | : |
| |    CIVIL ACTION 06-0073-WS-M |
| JO ANNE B. BARNHART, | : |
| Commissioner of | |
| Social Security, | : |
|     Defendant. | : |

ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be AFFIRMED and that this action be DISMISSED.

**DONE** and **ORDERED** this 19th day of October, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE