```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION


MARY A. CURTIS,                       :

     Plaintiff,                       :

vs.                                   :
                                           CIVIL ACTION 06-0073-WS-M
JO ANNE B. BARNHART,                  :
Commissioner of
Social Security,                      :

     Defendant.                       :
```

JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Mary A. Curtis.

**DONE** and **ORDERED** this 19th day of October, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE